# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2019

156445

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOEL EUSEVIO DAVIS,
     Defendant-Appellant.
_____/

SC: 156445
COA: 332081
Wayne CC: 15-005481-FH

By order of May 4, 2018, the application for leave to appeal the July 13, 2017 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Davis* (Docket No. 156406) and *People v Price* (Docket No. 156180).

On order of the Court, we VACATE that part of our May 4, 2018 order that held this application in abeyance for *People v Price* (Docket No. 156180). *People v Davis* (Docket No. 156406) having been decided on March 22, 2019, ___ Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



a0319

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2019



Clerk